1008

No. 87–1577. GORDON ET AL. *v.* HUNT ET AL. C. A. 2d Cir. Certiorari denied. 

No. 87–1579. JEFFERS *v.* EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 87–1585. GOUIRAN *v.* COMMITTEE ON CHARACTER AND FITNESS, SECOND DEPARTMENT. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 87–1587. YAMEEN *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. 

No. 87–1590. SAGANSKY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 87–1592. KYOCERA INTERNATIONAL, INC., ET AL. *v.* KENNECOTT CORP. C. A. Fed. Cir. Certiorari denied. 

No. 87–1596. NOBILE *v.* SCHINDLER ET AL. C. A. 1st Cir. Certiorari denied.

No. 87–1606. DAVIS, WARDEN *v.* JONES. C. A. 11th Cir. Certiorari denied. 

No. 87–1611. CITY OF HOUSTON ET AL. *v.* LEROY ET AL. C. A. 5th Cir. Certiorari denied. 

No. 87–1612. BRITAIN *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied. 

No. 87–1620. SIMMONS *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied. 

No. 87–1624. JONES *v.* VERBIEST ET AL. C. A. 6th Cir. Certiorari denied. 

No. 87–1633. SIKORSKI AIRCRAFT DIVISION, UNITED TECHNOLOGIES CORP. *v.* KLOSS ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 87–1638. LARSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.